# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Sandra Hartmann<br>Court Reporter: Tammy Hoffschildt<br>Probation Officer: Michelle Means | Date: August 11, 2014 |

**CASE NO.** 14-cr-00028-RM

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | David Tonini |
| Plaintiff, | |
| v. | |
| **1. DAVID TOUN**, | Marci Gilligan |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION: 10:01 a.m.**
Appearances of counsel.  Defendant is present and in custody.

Defendant entered his plea on March 12, 2014 to Count 1 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

**ORDERED:**  Defendant's Motion for Variant Sentence [31] is denied.

**ORDERED**:  Government's Motion for an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) [34] is granted.

Counsel for the government addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, David Toun, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of 30 **months or 2 1/2 years.**

**ORDERED:** 3 years supervised release shall be imposed.

**ORDERED:** Defendant shall undergo drug testing and mental health counseling.

**ORDERED:** Defendant shall pay a **$100.00** special assessment fee, to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess: 10:28 a.m.**
**Total time: 00:27**
**Hearing concluded.**